IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-CV-356-D

| | | |
|---|---|---|
| SANDY SMITH MALLORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBESON COUNTY, NORTH CAROLINA, | ) | |
| and ROBESON COUNTY HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |

On February 20, 2013, Robeson County filed a motion to dismiss [D.E. 13]. On April 1, 2013, plaintiff responded in opposition [D.E. 18]. The motion to dismiss [D.E.13] is DENIED.

SO ORDERED. This 15 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge