UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:12-CV-00356-D

| | |
|---|---|
| SANDY SMITH MALLORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBESON COUNTY, N.C., and ) | |
| ROBESON COUNTY HOUSING ) | |
| AUTHORITY ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter coming on for hearing upon the parties' Joint Motion for Stay;

And it appearing to the court that the Motion for Stay should be allowed;

WHEREFORE all proceedings in this matter are stayed and the parties are to report back to the court with regard to the posture of this case on or before January 1, 2014.

SO ORDERED this __19__ day of November 2013.

James C. Dever III
Chief United States District Judge